UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

FORBA HOLDINGS, LLC )
)
)
)
v. ) NO. 3:10cv1018
) JUDGE SHARP
)
ZURICH AMERICAN INSURANCE COMPANY )
)

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/7/2011.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk